IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL TODD COOKE,**

  *Plaintiff*,

v.                                                    Case No.: 4:22cv330-MW/MAF

**DEBORAH JONES, et al.,**

  *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 21. The Magistrate Judge recommends denying Plaintiff's motions for preliminary injunction, because at the time Plaintiff filed the motions, Plaintiff had not filed a proper complaint, and thus, could not establish a substantial likelihood of success on the merits. In addition, the Magistrate Judge also recommends that denial is appropriate here where Plaintiff is pursuing damages, and thus, Plaintiff cannot establish irreparable injury.

This Court agrees and would add that Plaintiff has since filed a second amended complaint. ECF No. 27. Plaintiff alleges that he has since been transferred to a new facility and away from prisoners who have caused him harm in the past. *Id*. ¶¶ 65–66. Plaintiff continues to seek compensatory and punitive damages as the sole

form of relief. *Id*. ¶¶ 125–27. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 21, is **accepted and adopted** as this Court's opinion. Plaintiff's motions for preliminary injunction, ECF Nos. 1 and 16, are **DENIED**. This case is referred back to the Magistrate Judge for further proceedings.

**SO ORDERED on July 6, 2023.**

s/Mark E. Walker                     
**Chief United States District Judge**
