IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL TODD COOKE,**

     ***Plaintiff,***

v.                               **Case No.: 4:22cv330-MW/MAF**

**DEBORAH JONES, et al.,**

     ***Defendants***.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 51. The Magistrate Judge previously granted multiple requests for extension of time to respond to Defendants' pending motion to dismiss, *see* ECF Nos. 46, 48, and 50, with a final response deadline of December 14, 2023. That deadline came and went without any response from Plaintiff. The Magistrate Judge entered his report and recommendation on April 22, 2024, recommending that this Court grant the motion to dismiss, and Plaintiff has filed no objections. Accordingly, upon consideration, no objections having been filed by the parties,

     **IT IS ORDERED:**

The report and recommendation, ECF No. 51, is **accepted and adopted** as this Court's opinion. Defendants' motion to dismiss, ECF No. 44, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for

failure to state a claim upon which relief may be granted." The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on June 17, 2024.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**